# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Intercontinental Construction Contracting, Inc. ) | ASBCA No. 59939 |
| ) | |
| Under Contract No. W911SF-13-D-0015 ) | |

APPEARANCE FOR THE APPELLANT:

Hal J. Perloff, Esq.
Husch Blackwell LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Jessica E. Hom, JA
MAJ Christopher M. Coy, JA
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59939, Appeal of Intercontinental Construction Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals